IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL CASE NO.: 4:22-cr-148-MPM-JMV-1

JOHN R. COLEMAN  DEFENDANT

## MOTION TO CONTINUE

**COMES NOW**, the defendant, JOHN R. COLEMAN, by and through undersigned counsel, and files this, his Motion to Continue and as grounds in support of same would respectfully state unto this Honorable Court the following, to-wit:

1.

That the defendant was recently indicted on November 15, 2022 and arraigned on December 6, 2022 with a trial setting to begin on January 30, 2023.

2.

Discovery is incomplete and undersigned has been advised by the Government that the documents in discovery are extensive and currently in the process of being downloaded electronically on a several discs. It will require a significant amount of time to obtain, review, and go over the discovery with the defendant.

4.

Undersigned submits after conference with the Government, there is no objection to this request.

5.

The defendant, after being fully advised of his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161, hereby waives said right with respect to the time that may result pursuant to this motion.

1

**WHEREFORE PREMISES CONSIDERED,** the defendant, JOHN R. COLEMAN, by and through undersigned counsel respectfully requests that this, his Motion to Continue Trial be received and considered by this Honorable Court and after same an Order issued granting a continuance.

**THIS THE 14th DAY OF DECEMBER, 2022.**

                     Respectfully Submitted,

                     JOHN R. COLEMAN

          BY:   */s/ John M. Colette*
                   Attorney for Defendant

**JOHN M. COLETTE, MSB #6376**
Colette & Colette, PLLC
501 South State Street
Jackson, Mississippi 39201
(601)355-6277 Office
(601)355-6283 Facsimile
Email: colettelawms@gmail.com

## CERTIFICATE OF SERVICE

I, John M. Colette, do hereby certify that I have on this date electronically filed the foregoing with the clerk, and have served a true and correct copy of same CM/ECF filing system on all parties of record.

**THIS THE 14th DAY OF DECEMBER, 2022.**

*/s/ John M. Colette*
John M. Colette

**JOHN M. COLETTE, MSB #6376**
Colette & Colette, PLLC
501 South State Street
Jackson, Mississippi 39201
(601)355-6277 Office
(601)355-6283 Facsimile
Email: colettelawms@gmail.com